# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARY ANNE POUNDS,                )<br>                                                             )<br>          Plaintiff,                       )<br>v.                                                     )<br>                                                             )<br>SOUTHERN MANAGEMENT         )<br>COMPANY, FLOWERS FOODS,   )<br>INC., and ABM INDUSTRIES, INC.,  )<br>                                                             )<br>          Defendants.                   )<br>_____) | CIVIL ACTION FILE<br>NO.  1:08-CV-1281-JEC-RGV |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Mary Anne Pounds, Plaintiff hereinabove, and Southern Management Company, Flowers Foods, Inc., and ABM Industries Incorporated, Defendants hereinabove, and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate that Plaintiff dismisses with prejudice her clams against Defendants with each party to bear its own costs.

*[Intentionally left blank]*

*[Signatures on next page]*

10451783v.1

Respectfully submitted this 30th day of March, 2009.

| | |
|---|---|
| /s/ HOWARD R. EVANS | /s/ RONALD G. POLLY, JR. |
| Howard R. Evans | Ronald G. Polly, Jr. |
| Georgia Bar No. 292865 | Georgia Bar No. 583264 |
| laborlawyer@4hrlaw.com | rpolly@hplegal.com |
| *(Signed with express permission by Ronald G. Polly, Jr.)* | Alex M. Barfield |
| | Georgia Bar No. 037147 |
| | abarfield@hplegal.com |
| HOWARD R. EVANS & ASSOCIATES, P.C. | HAWKINS & PARNELL, LLP |
| 1851 Peeler Road – Suite B | 4000 SunTrust Plaza |
| Atlanta, Georgia 30338 | 303 Peachtree Street, N.E. |
| Telephone:  (770) 394-1018 | Telephone:  (404) 614-7400 |
| Facsimile:   (770) 394-1035 | Facsimile:   (404) 614-7500 |
| *ATTORNEY FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANTS* |

10451783v.1